UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DEUTSCHE BANK NATIONAL TRUST COMPANY, : 21-mc-512 (SHS)

        Movant,

                                                : ORDER

    -v-

POWELL THURSTON,

        Respondent.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On July 12, 2021, this matter was transferred to the Southern District of New York by Magistrate Judge Maria A. Audero of the U.S. District Court, District of California Central, and assigned to this Court. Accordingly,

IT IS HEREBY ORDERED that the parties shall notify the Court on or before July 16, 2021, regarding the status of this matter.

Dated: New York, New York
       July 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.